UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

SOCORRO PLAZA DeZAVALA,

                Petitioner,               Case No. 1:26-cv-1373

v.

                                 Hon. Hala Y. Jarbou

KEVIN RAYCRAFT et al.,

                Respondents.
_____/

## ORDER

This is a habeas corpus action brought by counsel on behalf of an individual detained by the United States Immigration and Customs Enforcement detained at the North Lake Processing Center located in Baldwin, Lake County, Michigan. In an Opinion and Judgment entered on May 6, 2026, the Court conditionally granted Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, ordering Respondents to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within five business days of the date of the Court's Opinion and Judgment or, in the alternative, immediately release Petitioner from custody. (Op. & J., ECF Nos. 7, 8.) The Court further directed Respondents to file a status report within six business days of the date of the Court's Opinion and Judgment to certify compliance with Court's Opinion and Judgment. (Op. & J., ECF Nos. 7, 8.)[1]

On May 7, 2026, in this closed case, Petitioner, through counsel, filed a motion for clarification, in which counsel "seeks clarification on the application of [Administrative Order]

_____

[1] On May 14, 2026, Respondents filed a status report indicating that a bond hearing had been held on May 11, 2026, and the Immigration Court had ordered that Petitioner be "released from custody under bond of $1,500.00." (ECF Nos. 11, 11-1.)

26-CA-005." (Mot. Clarification, ECF No. 9, PageID.186.) Counsel then sets forth several issues on which he would like clarification regarding the application of Administrative Order 26-CA-005. (*See id.*, PageID.188–189; Br. Supp., ECF No. 10.) On May 21, 2026, Respondents filed a response in opposition to Petitioner's motion for clarification. (ECF No. 12.)

The Court notes that it does not issue advisory opinions. In numerous cases filed in this District, the Court has consistently applied Administrative Order No. 26-CA-005 to immigration detainee habeas "cases raising the issue of who bears the burden of proof at a bond hearing before an immigration judge under 8 U.S.C. § 1226(a)." Accordingly, Petitioner's motion for clarification (ECF No. 9) is **DENIED**.

**IT IS SO ORDERED**.

Dated: June 1, 2026                                     /s/ Hala Y. Jarbou
                                                         HALA Y. JARBOU
                                                         CHIEF UNITED STATES DISTRICT JUDGE

2